Eastern District of Kentucky
**F I L E D**

JUN 2 8 2018

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**UNITED STATES OF AMERICA**

V.

**INDICTMENT NO.** 6:18cv 33GFVT-
HAI

**KENNETH SHAVER and**
**JUSTIN BOE**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 1111
### 18 U.S.C. § 7
### 18 U.S.C. § 2

On or about February 4, 2015, at the United States Penitentiary McCreary, a place

within the special maritime and territorial jurisdiction of the United States, in the Eastern

District of Kentucky,

**KENNETH SHAVER,**

aided and abetted by others, willfully, deliberately, maliciously, and with premeditation

and malice aforethought, did unlawfully kill Lance Cameron Smith, by stabbing, in

violation of 18 U.S.C. §§ 2, 7(3) and 1111(a).

### COUNT 2
### 18 U.S.C. § 1111
### 18 U.S.C. § 7
### 18 U.S.C. § 2

On or about February 4, 2015, at the United States Penitentiary McCreary, a place

within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Kentucky,

## JUSTIN BOE,

aided and abetted by others, with malice aforethought, did unlawfully kill Lance Cameron Smith, by stabbing, in violation of 18 U.S.C. §§ 2, 7(3) and 1111(a).

**A TRUE BILL**

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNT 1:**  Death, or life imprisonment, and a $250,000 fine.

**COUNT 2:**  Any term of years or life imprisonment, a $250,000 fine, and not more than five years of supervised release.

**PLUS:**  Mandatory special assessment of $100 per count.

**PLUS:**  Restitution, if applicable.