UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 6:18-CR-33-GFVT**

**UNITED STATES OF AMERICA**                   **PLAINTIFF**

**V.**    **RESPONSE TO MOTION TO RETURN DEFENDANT**
      **TO BUREAU OF PRISONS CUSTODY**

**KENNETH SHAVER**                       **DEFENDANT**

\* \* \* \* \*

Comes now the United States, by counsel, and responds as follows to the motion by the Defendant, Kenneth Shaver, requesting that he be returned to the custody of the Bureau of Prisons at USP Florence Admax [R. 36: Def.'s Mot.]:

The United States has consulted with representatives of the United States Marshal Service (USMS) and the Bureau of Prisons (BOP), and all parties have agreed to transfer the Defendant from his current facility – Grayson County Detention Center – to USP Florence Admax. Both the USMS and BOP indicated that the USMS can and will designate the Defendant to that facility without an order from this Court. The BOP stated that there are two airlifts within the next three weeks, and barring unforeseen circumstances, the Defendant can be transported on one of those airlifts. It should be noted, however, that should the need arise to have the Defendant transported back to this District, the USMS will require 30 days' notice. The undersigned counsel has discussed

this with counsel for the Defendant and the parties are in agreement that the Defendant should be transported to USP Florence Admax and held there pending trial.

The United States respectfully requests that the Court reserve ruling on the Defendant's motion and instead order the Defendant and the United States to file a joint status update on this issue by December 19, 2018, with the understanding that if the Defendant has been transported or is en route to USP Florence Admax by that date, the Defendant's motion can be dismissed as moot.

                                                     Respectfully Submitted,

                                                     ROBERT M. DUNCAN, JR.
                                                     UNITED STATES ATTORNEY

By:    s/Gregory Rosenberg
          Assistant United States Attorney
          601 Meyers Baker Rd. Suite 200
          London, KY 40741
          (606) 330-4834
          gregory.rosenberg2@usdoj.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2018, the foregoing was electronically filed through the CM/ECF system, which will send notice of the filing to counsel of record.

 s/ Gregory Rosenberg
Assistant United States Attorney