United States District Court
Eastern District of Kentucky
Southern Division
London
Criminal No. 18-33-GFVT-HAI

<u>Filed Electonically</u>

United States of America　　　　　　　　　　　　　　　　　　　　Plaintiff,

V.

Kenneth Shaver　　　　　　　　　　　　　　　　　　　　　　　　　Defendant.

---

Statement of the Case

---

The defendant, by counsel, files the following statement of the case to be read to the jury.

The defendant Kenneth Shaver, while an inmate at USP McCreary, is charged with the murder of another inmate, Lance Cameron Smith, on February 4, 2015. Mr. Shaver denies the charge and maintains his innocence.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

/s/Willis G. Coffey
Willis G. Coffey
Coffey and Ford, P.S.C
P.O. Box 247
Mt. Vernon, Ky. 40456
(606)256-4405

And

/s/Patrick F. Nash w/p
Hon. Patrick F. Nash
Nash Marshall PLLC
129 West Short Street
Lexington, Ky. 40507
(859) 225-4746

*Certificate of Service*:

I hereby certify on March 28, 2023, I electronically filed the foregoing statement of the case with the clerk of the Court by using the CM/ECF system which will send a true and accurate copy to all counsel of record.

/s/Willis G. Coffey