**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. 18-33-GFVT**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **NOTICE BY UNITED STATES OF FILING OF TRIAL EXHIBITS**

**KENNETH SHAVER** **DEFENDANT**

* * * * *

The United States files the following exhibits, introduced into evidence during the trial, [R. 348: Exhibit and Witness List at 1827; *see* R. 422: Court, TR (Trial Day 5) at 3056 (substituting photographs for physical exhibits)], so that the exhibits will be electronically accessible to the Sixth Circuit Court of Appeals and will bear Page ID# references, as required by Sixth Circuit Rule 28(a)(1):

- Government Exhibit 1
- Government Exhibits 4A-4L
- Government Exhibit 5
- Government Exhibit 6
- Government Exhibit 7
- Government Exhibit 8
- Government Exhibit 9
- Government Exhibit 10
- Government Exhibit 11
- Government Exhibit 12
- Government Exhibit 13
- Government Exhibit 14
- Government Exhibit 15
- Government Exhibit 16
- Government Exhibit 17

- Government Exhibit 18
- Government Exhibit 20
- Government Exhibit 21
- Government Exhibit 22
- Government Exhibit 25
- Government Exhibit 26
- Government Exhibit 29

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: s/ Gregory Rosenberg
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741-30353
(606) 884-4834
Gregory.Rosenberg2@usdoj.gov

CERTIFICATE OF SERVICE

On May 29, 2024, I electronically filed this document through the ECF system, which will send notice of docket activity to all attorneys of record.

s/ Gregory Rosenberg
Assistant United States Attorney