

1st Floor

**GOVERNMENT EXHIBIT 6:18-CR-33-GFVT 1**

