Government
Exhibit
6:18-CR-33-GFVT
4A



Government
Exhibit
6:18-CR-33-GFVT
4B



Government
Exhibit
6:18-CR-33-GFVT
4C



Government
Exhibit
6:18-CR-33-GFVT
4D



Government
Exhibit
6:18-CR-33-GFVT
4E



Government
Exhibit
6:18-CR-33-GFVT
4F



Government
Exhibit
6:18-CR-33-GFVT
4G



Government
Exhibit
6:18-CR-33-GFVT
4H



Government
Exhibit
6:18-CR-33-GFVT
4I



Government
Exhibit
6:18-CR-33-GFVT
4J



Government
Exhibit
6:18-CR-33-GFVT
4K



Government Exhibit
6:18-CR-33-GFVT
4L

