GOVERNMENT EXHIBIT
6:18-CR-33-GFVT
6

Case: 6:18-cr-00033-GFVT-HAI   Doc #: 432-4   Filed: 05/29/24   Page: 1 of 1 - Page ID#: 3377