GOVERNMENT EXHIBIT
6:18-CR-33-GFVT
8A

| PHOTOGRAPHER: | J. Dinkins |
|---|---|
| DATE: | 2-5-15 |
| INSTITUTION: | USP McCreary |
| LOCATION: | Unit 4A   Cell 132 |
| CASE #: | |

001



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8B

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8C



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8D

004





GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8F

006



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8G

007



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8H



GOVERNMENT EXHIBIT

6:18-CR-33-GFVT

8I

009



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8J

010



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8K

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8L



012



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8M



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8N

014



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8O

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8P



016



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8Q



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8R



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8S

019



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8T

020



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8U

021



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8V

022



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8W

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8X



024



GOVERNMENT EXHIBIT
6:18-CR-33-GFVT
8Y

025



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8Z



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8AA



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8BB



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8CC



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8DD

030



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8EE

031



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8FF



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8GG



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8HH



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8II

035



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8JJ

036



GOVERNMENT EXHIBIT
6:18-CR-33-GFVT
8KK



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8LL

038



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8MM



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8NN



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8OO



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8PP

042



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8QQ

043





GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8SS

045



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8TT

046



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8UU



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8VV



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
**8WW**

**6**

4

5

6

7

8

9

10

11

12



GOVERNMENT EXHIBIT
6:18-CR-33-GFVT
8XX



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8YY

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8ZZ



SIRCHIE® Products • Vehicles • Training
(800) 356-7311 • www.sirchie.com

052



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8AAA



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

**8BBB**

054



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8CCC

8

SIRCHIE® Products • Vehicles • Training
(800) 356-7311 • www.sirchie.com

055



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8DDD

056



GOVERNMENT EXHIBIT
6:18-CR-33-GFVT
8EEE

057

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8FFF

058



**9**

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8GGG

059



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8HHH

060



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8III

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8JJJ

062



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8KKK

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8LLL



064



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8MMM



**11**

SIRCHIE® Products • Vehicles • Training
(800) 356-7311 • www.sirchie.com

**GOVERNMENT EXHIBIT**
**6:18-CR-33-GFVT**
**8NNN**

006



GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8OOO

067

**11**

SIRCHIE® Products ▪ Vehicles ▪ Training
(800) 356-7311 ▪ www.sirchie.com

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
8PPP

068





GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8RRR



GOVERNMENT EXHIBIT 6:18-CR-33-GFVT 8SSS

071



072





074

GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT

8WWW