GOVERNMENT EXHIBIT 6:18-CR-33-GFVT 9A





GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
9B