SMITH, LANCE CAMERON
ME-C 2015-073

**COMMONWEALTH OF KENTUCKY**
Justice Cabinet
OFFICE OF THE ASSOCIATE CHIEF MEDICAL EXAMINER
Central Laboratory Facility
100 Sower Boulevard Suite 202
Frankfort, Kentucky 40601
(502) 564-4545

## FINAL DIAGNOSIS

I. Multiple stab wounds of the head, neck, trunk, and extremities (60)
   A. Injuries to the right external jugular vein, lungs, mesentery, pancreas, left adrenal gland, kidneys, diaphragm, tongue, and chest wall; hemothorax
II. Multiple incised wounds (9)
III. Indeterminate wounds with features of blunt and sharp force injuries (4)
IV. Blunt force injuries
   A. Lacerated defects of the scalp with subscalpular hemorrhage, periorbital contusion and edema, scattered abrasions
V. History that the decedent was an inmate in a federal penitentiary who was assaulted in his prison cell, per Coroner
VI. Postmortem toxicology
   A. Postmortem femoral blood: negative for alcohols and screened drugs of abuse

OPINION: The death of this 32-year-old man, Lance Cameron Smith, is due to multiple stab wounds. Other sharp and blunt force injuries are considered contributory.

_Meredith H. Frame, MD_
Meredith H. Frame, M.D.

CODE: E966.9, E960.0, P

DATE PERFORMED: February 5, 2015
DATE COMPLETED: March 7, 2015
COUNTY OF JURISDICTION: Pulaski

GOVERNMENT EXHIBIT
6:18-CR-33-GFVT
11

*SMITH, LANCE CAMERON*
*ME-C 2015-073*

## COMMONWEALTH OF KENTUCKY
## Justice Cabinet
## OFFICE OF THE ASSOCIATE CHIEF MEDICAL EXAMINER
### Central Laboratory Facility
### 100 Sower Boulevard Suite 202
### Frankfort, Kentucky 40601
### (502) 564-4545

Date: February 5, 2015

Name: Lance Cameron Smith

ME Case #: 2015-073

| To: Deputy Coroner  Anthony Gossett | County  Pulaski | From:  Meredith Frame, MD |
|---|---|---|

Recommended formulation for Parts I and II on Certification of Death:

| 25 TIME OF DEATH PRONOUNCED | 26 DATE PRONOUNCED DEAD (Month, Day, Year) | 27 WAS CASE REFERRED TO MEDICAL EXAMINER CORONER? (Yes or No) |
|---|---|---|
| 9:12 PM | 2-4-2015 | YES |

28 PART I. Enter the diseases, injuries, or complications that caused death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

IMMEDIATE CAUSE
(Final disease or condition resulting in death)

a. Multiple stab wounds of the head, neck, trunk, and extremities
DUE TO (OR AS A CONSEQUENCE OF)

Sequentially list conditions if any leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.

b. 
DUE TO (OR AS A CONSEQUENCE OF)

c. 
DUE TO (OR AS A CONSEQUENCE OF)

d. 
DUE TO (OR AS A CONSEQUENCE OF)

Approximate interval between onset and death

**CAUSE OF DEATH**

PART II. Other significant conditions contributed to death but not resulting in the underlying cause gives in Part I.
Other sharp and blunt force injuries

| 28a WAS AUTOPSY PERFORMED? | 28b WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF DEATH (Yes or No) |
|---|---|
| YES | YES |

29 MANNER OF DEATH

☐ Natural
☐ Accident
☐ Suicide
☒ Homicide

☐ Pending Investigation
☐ Undetermined
☐ Insufficient information provided

| 30a DATE OF INJURY | 30b TIME OF INJURY | 30c INJURY AT WORK (Yes or No) | 30d DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| 2-4-2015 | PM | No | Subject was assaulted by another(s) |

30e PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify)
Prison Cell

30f LOCATION (street and number or Rural Route number, City or Town)
330 Federal Way
Pine Knot, KY 42635



2

POST MORTEM EXAMINATION

OF THE BODY OF

LANCE CAMERSON SMITH

A post mortem examination of the body identified by the Pulaski County Deputy Coroner as Lance Cameron Smith is performed at the Office of the Associate Chief Medical Examiner, Centralized Laboratory, Frankfort, Kentucky on February 5, 2015 at 8:00 a.m. by Dr. Meredith Frame. The attendant is Mrs. Anne Davis. Also present at autopsy are medical students Clay Turner, Spencer Larkin and Paul Zhang of the University of Kentucky College of Medicine, intern Samantha Cardenas, and SIS Technician Jimmy Lawson of the Federal Bureau of Prisons.

CASE HISTORY

According to the Coroner, the deceased is a 32-year-old white male inmate of a federal penitentiary who was assaulted in his prison cell. He was pronounced at the emergency department at 9:12 p.m. on February 4, 2015.

EXTERIOR OF THE BODY

The body is received within a sealed body bag (tag # 072732). Identification tags are on the body bag and around the right great toe. The body is received unclad. Photographs and radiographs are taken.

The body is that of a normally-developed, adequately nourished adult white male which appears consistent with the stated age of 32 years. The body measures 73 inches in length and weighs 199 pounds. The calculated body mass index is 26.3 $kg/m^2$. There is good preservation in the absence of embalming. Rigor mortis is near fully fixed and red/purple lividity is very faintly blanching on the posterior surfaces except areas exposed to pressure. The body is cool subsequent to refrigeration.

The scalp hair is shaved. The deceased has a goatee-style beard and stubble. The irides appear brown, and there are no petechiae of the bulbar or palpebral surfaces of the conjunctivae. The corneae are clear. The pupils are round and equal. The ears, nose, and lips are normally developed and unremarkable except for ear piercings and injuries. The mouth has natural dentition in good condition. The maxillary left lateral incisor is absent. The neck is without masses or unusual mobility. The chest and back are normally developed. The abdomen is slightly protuberant. The extremities are symmetric. The external genitalia are those of a normal adult male. Ink is noted on the right thumb.

IDENTIFYING MARKS AND SCARS

SMITH, LANCE CAMERON
ME-C 2015-073

The deceased has confluent predominantly monochromatic with a few polychromatic tattoos of the scalp, neck, trunk, upper and lower extremities including various skull designs, Swastikas, and the image of a little girl and boy on the chest. See photographs for additional details. A ¼ inch brown macule is of the left hip/flank.

EVIDENCE OF MEDICAL TREATMENT

An intravascular catheter is in the right side of the neck. An intravascular catheter with overlying gauze and tape is of the right antecubital fossa. Hospital identification is around the left wrist.

EVIDENCE OF INJURY

The following injuries are ordered for the purpose of description without regard to chronology or severity of injury.

HEAD AND NECK:
STAB WOUNDS OF THE LEFT SIDE OF THE FACE (6): Six stab wound are of the left side of the face positioned in a region approximately 65 to 69 inches superior the left heel and centered approximately 2 ½ inches inferior and 1 ½ inches anterior the superior attachment of the left external ear. The wounds are predominantly obliquely oriented with the most superior stab wound near horizontally oriented. The wounds range from ¼ to 9/16 inch and have irregular margins. The angles are indeterminate. The stab wounds go through the skin, subcutaneous tissue and muscles of the face, to a depth of at least ¾ inch. The most superior wound path is through the scalp, left temporalis muscle and superficial aspect of the skull, with more backward deviation than the other wounds of the left side of the face. The wound pathways of the others are predominately to the right and downward.

STAB WOUND OF THE LEFT CHIN (1): A ¼ inch irregular stab wound is of the left side of the chin located approximately 66 ¼ inches superior the left heel and 1 ¼ inches left of midline. The margins of the wound are irregular. The angles are indeterminate. The stab wound goes through the skin and underlying subcutaneous tissues, through the oral mucosa and penetrating to a depth of at least 1 inch terminating at the left anterior aspect of the tongue. The wound pathway is predominantly to the right.

STAB WOUNDS OF THE OCCIPITAL SCALP AND LEFT POSTERIOR NECK (4): Four obliquely oriented stab wounds ranging from 7/16 to ¾ inch are of the occipital scalp and left posterior aspect of the neck located approximately 64 ½ to 66 inches superior the left heel and ¼ to 2 ½ inches left of midline. The margins of the wounds are slightly irregular (somewhat jagged edges). The majority of the angles are indeterminant. The lateral angle of the stab wound located approximately 65 inches superior the left heel and ½ inches left of midline

appears sharp. The medial angle of the stab wound located approximately 65 ½ inches superior the left heel and 2 ¼ inches left of midline appears sharp. The lateral angle of the stab wound located approximately 64 ½ inches superior the left heel and 2 ½ inches left of midline appears sharp. The stab wounds pass through the skin, subcutaneous tissue, and muscle to depths of approximately 1 1/8 inch. The wound pathways are downward and forward with indeterminate left/right deviation.

STAB WOUNDS OF THE LEFT POSTAURICULAR REGION OF THE SCALP (4): Four obliquely oriented, irregular, stab wounds ranging from 1/8 to ½ inch are of the left post-auricular region of the scalp, centered approximately 66 inches superior the left heel and 2 ¼ inch inferior the superior attachment of the left external ear. The margins are slightly irregular. The angles are indeterminate. The stab wounds go through the skin and underlying soft tissues and cartilage to depths of at least 5/8 inch. The wound pathways are downward and slightly forward.

STAB WOUNDS OF THE LEFT LATERAL ASPECT OF THE NECK (2): Two obliquely oriented stab wounds are of the left lateral aspect of the neck at 64 ¾ and 63 ¾ inches superior the left heel and 2 ¼ and 4 ½ inches inferior the superior attachment of the right external ear. The margins are slightly irregular. The angles of the superior wound are indeterminate. The inferior angle of the inferior stab wound is sharp, and the superior angle is indeterminate. The stab wounds go through the skin, subcutaneous tissue and muscle of the neck with soft tissue hemorrhage of the left sternocleidomastoid to a depth of at least 2 inches. The wound pathways are downward and to the right.

STAB WOUNDS OF THE RIGHT POSTERIOR ASPECT OF THE NECK (1): A 9/16 inch oblique to slightly curvilinear stab wound is of the posterior aspect of the neck located approximately 64 inches superior the right heel and centered ½ inch right of midline. The margins of the wound are predominantly smooth. The superior/left angle is sharp and the inferior/right medial angle appears blunted. The stab wound goes through the skin, subcutaneous tissue and muscle of the neck with injury to the right external jugular vein. The approximate depth is 5 inches. The wound path is directed downward and to the right.

INCISED WOUND SUPERIOR THE LEFT EYEBROW (1): A 1/16 x less than 1/16 x less than 1/16 inch incised wound is of the face just superior the left eyebrow.

INCISED WOUNDS OF THE LEFT CHEEK (4): Four incised wounds are of the left check ranging from 1/8 to ¼ inch in length x 1/8 inch in width x 1/8 inch in depth.

SMITH, LANCE CAMERON
ME-C 2015-073

INCISED WOUND OF LEFT LATERAL ASPECT OF THE NECK (1): A ½ x 1/16 x ½ inch in depth incised wound is of the left lateral aspect of the neck.

BLUNT FORCE INJURIES OF THE HEAD AND NECK: Left periorbital contusion and edema is noted. A ¼ x ¼ inch dried red abrasion is of the right cheek. A 1 ¼ inch linear red abrasion and a 9 16 inch linear red abrasion are of the right side of the face.

A 7/16 x 1/8 x ¼ inch depth laceration is of the left posterior parietal scalp at a position approximately 70 ¼ inches superior the left heel, 4 ½ inches superior and 5 inches posterior the superior attachment of the left external ear. A ¼ x 1/8 x 1/8 inch depth laceration is of the left parietal scalp located at a position approximately 69 inches superior the left heel and ¾ inch superior and 1 ¾ inch posterior the superior attachment of the left external ear. Tissue bridging is noted. Upon reflection of the scalp, subscalpular hemorrhage is identified.

OTHER INJURIES OF THE HEAD AND NECK: A group of four irregular defects is of the left parietooccipital scalp, grouped in a position located approximately 67 ½ inches superior the left heel, 2 ½ inches superior and 3 inches posterior the superior attachment of the left external ear. The defects range from 7/16 x 1/8 x 3/16 inch in depth to 9/16 x 1/8 x 1/8 inch in depth. Tissue bridging is noted focally in the wounds; the margins in other areas are smooth.

TRUNK:
STAB WOUND OF THE UPPER BACK JUST RIGHT OF MIDLINE (1): A 7/16 inch obliquely oriented stab wound is of the upper back located approximately 62 ½ inches superior the right heel and ¼ inch right of midline. The margins are predominantly smooth. The angles are indeterminate. The wound involves skin, subcutaneous tissue, and muscle to a depth at least 1 5/8 inches. The wound pathway is downward and forward.

STAB WOUNDS OF THE RIGHT MID-LATERAL BACK (3): Three obliquely oriented stab wounds ranging from 7/16 to ¼ inch are of the right mid to lateral back located approximately 50 inches superior the right heel and 3- 4 ¾ inches right of midline. The margins of the most medial stab wound are smooth; the margins of the other two wounds are slightly irregular. The angles are indeterminate. The stab wounds go through the skin, subcutaneous tissue, and muscle of the back to depths of at least ½ inch. The wound pathways are downward, forward, and to the left.

STAB WOUNDS OF THE RIGHT LOWER BACK (6): Six predominately obliquely oriented, somewhat irregularly shaped, stab wounds ranging from 7/16 to ¼ inch are of the right lower back located approximately 43 to 45 ½ inches superior the right heel and 3 ¾ to 7 ¼ inches right of midline. The wounds have

6

slightly irregular margins and indeterminate angles. The stab wounds go through the skin, subcutaneous tissue, muscle, posterior right intercostal spaces 10 and 11, right perinephric fat and kidney to depths of at least 1 1/8 inches. The wound pathways are forward, downward and to the left.

STAB WOUNDS OF THE RIGHT BUTTOCK (9): Nine obliquely oriented stab wounds ranging from 7/16 to 9/16 inch are of the right buttock located approximately 36 to 41 ¼ inches superior the right heel and 2 ¾ to 5 ½ inches right of midline. The stab wounds go through the skin, subcutaneous tissue, and muscle to depths of approximately 1 7/8 inches. The wound pathways are forward and downward.

STAB WOUNDS OF THE LEFT UPPER AND MID BACK (6): Six predominantly obliquely oriented stab wounds ranging from ¼ to 7/8 inch are of the left upper and mid back located approximately 55 to 61 ½ inches superior the left heel and 2 ¾ to 5 ¼ inches right of midline. The wounds have slightly irregular margins, and the angles are indeterminate. The stab wounds go through the skin, subcutaneous tissue, and muscle of the back. Several wounds enter thoracic cavity with injuries as described in "CUMMULATIVE INJURIES" to depths of at least 3 inches. The wound pathways are forward and downward.

STAB WOUNDS OF THE LEFT LATERAL BACK (5): Five obliquely oriented stab wounds ranging from 5/8 to 7/8 inch are of the left lateral aspect of the back located approximately 49 to 54 ½ inches superior the left heel and 5 ¼ to 7 ¼ inches left of midline. The wounds have predominantly smooth margins; others slightly irregular. The angles are predominantly indeterminate. The stab wounds go through the skin, subcutaneous tissue, and muscle of the back. Two enter the thoracic cavity with injuries as described in "CUMMULATIVE INJURIES". The depths are at least 1 3/8 inches. The wound pathways are forward, to the right, and slightly downward.

STAB WOUNDS OF THE LEFT LOWER BACK (3): Three obliquely oriented stab wounds ranging from 3/8 to 5/8 inches are of the left lower aspect of the back located approximately 43 ½ to 46 ½ inches superior the left heel and 3 to 5 inches left of midline. The wounds have slightly irregular margins and predominantly indeterminate angles. The stab wounds go through the skin, subcutaneous tissue and muscle of the back, two of which enter the thoracic cavity with injuries as described in "CUMMULATIVE INJURIES". The depths are at least 1 inch. The wound pathways are forward and slightly downward.

STAB WOUNDS OF THE LEFT BUTTOCK (4): Four nearly vertically oriented stab wounds are of the left buttock grouped in a region 36 to 39 ½ inches superior the left heel and 3/8 to 4 ¾ inches left of midline. The wounds range from ¼ to 7/16 inches. A punctate defect of superficial skin only is noted at the inferior angle of the wound approximately 39 ¼ inches superior the left heel and 4 inches

SMITH, LANCE CAMERON
ME-C 2015-073

left of midline. The margins are irregular, and the angles are indeterminate. The stab wounds go through the skin and underlying subcutaneous fat to a depth of at least 1 5/8 inch. The wound pathways are forward.

CUMULATIVE INTERNAL INJURIES OF THE STAB WOUNDS OF THE TRUNK: Cumulative internal injuries include soft tissue hemorrhage of the left pectoralis muscle (injury vs. resuscitative), injury to the posterior aspects of the upper and lower lobes of the left lung with associated hemothorax (approximately 600 ml at autopsy), lower lobe of the right lung, mesentery, pancreas, left kidney, left adrenal gland, inferior pole of the right kidney, and multiple defects of the diaphragm.

Upon removal of the thoracic and abdominal organs, seven defects are noted in the following left intercostal spaces: 2, 5, 6, 7 (x 2), 10 and 11. Four defects are of the right intercostal spaces: 10th intercostal space (x 2) and 11th intercostal space (x 2).

INCISED WOUNDS OF THE RIGHT MID-LATERAL BACK (2): 7/16 x ¼ x 3/8 inch depth and ¼ x 1/8 x ¼ inch depth incised wounds are of the right mid to lateral back with injury to the skin and subcutaneous tissue.

BLUNT FORCE INJURIES OF THE TRUNK: Punctate dried red abrasions (3) are of the posterior aspect of the right shoulder. A punctate dried red abrasion and ¼ inch dried red abrasion are of the right lateral aspects of the chest.

UPPER EXTREMITIES:

STAB WOUND OF THE SUPERIOR LATERAL ASPECT OF THE LEFT ARM (1): A ¾ obliquely oriented stab wound is of the superior-lateral aspect of the left arm located approximately 61 ½ inches superior the left heel and 8 ¾ inches left of midline. The margins of the wound are irregular, and the angles are indeterminate. The stab wound goes through the skin, subcutaneous tissue and muscle of left arm to a depth of approximately 1 1/16 inches. No underlying bony defect is appreciated. The wound pathway is downward and to the right.

STAB WOUND OF THE MID-LATERAL ASPECT OF THE LEFT ARM (1): A 5/8 inch obliquely oriented stab wound is of the mid left arm located approximately 56 ½ inches superior the left heel and 8 ½ inches proximal the left elbow. The margins are smooth. The medial angle is sharp. The lateral angle is blunt. The stab wound goes through the skin, subcutaneous tissue and muscle of the left arm to a depth of approximately 1 ½ inches. The wound pathway is slightly downward and to the right.

LOWER EXTREMITIES:

8

SMITH, LANCE CAMERON
ME-C 2015-073

STAB WOUND OF THE POSTERIOR RIGHT THIGH (1): A ½ near horizontally oriented stab wound is of the superior posterior aspect of the right thigh located approximately 33 ¼ inch superior the right heel and approximately 5 ¼ inches right of midline. The margins of the wound are smooth. The medial angle is sharp, and the lateral angle appears blunted. The stab wound goes through the skin, subcutaneous tissue and muscle of the left thigh to a depth of at least 9/16 inches. The wound pathway is forward and slightly to the left.

STAB WOUND OF THE POSTERIOR LEFT THIGH (2): Two slightly obliquely oriented 3/8 inch stab wounds are of the posterior aspect of the left thigh at 29 ½ and 32 ½ inches superior the left heel and 5 ¾ and 4 ¼ inches left of midline, respectively. The margins of the wounds are irregular. The angles of the more superior wound are indeterminate. The medial angle of the inferior wound appears blunted and the lateral angle is indeterminate. The stab wounds go through the skin and underlying subcutaneous tissue and muscle to depths up to 1 inch. The wound pathways are downward, forward, and to the left.

INCISED WOUND OF THE POSTERIOR LEFT THIGH (1): A 3/16 x ¼ x 1/8 inch incised wound is of the posterior aspect of the left thigh involving skin.

***The previously-described injuries may not be further delineated in the remainder of this report.***

INTERIOR OF THE BODY

A "Y" incision is carried through a midline panniculus measuring up to 1.5 cm through thin, reddish musculature into an abdominal cavity lined with glistening serosa. Generally, the intra-abdominal viscera maintain their usual in situ relations. The vermiform appendix is present. Anteriorly, the liver edge is sharp and the diaphragm displays no abnormality other than injuries as described.

The mediastinum is in the midline. See "Evidence of Injury."

CARDIOVASCULAR

The heart is of the normal configuration and weighs 360 grams. The epicardial surface contains a normal amount of glistening, yellow adipose tissue. The cardiac chambers are of proportionate capacity. The mural and valvular endocardia are smooth and glistening. No abnormality of the valves is appreciated. The papillary muscles and projecting myocardial muscle bundles are of normal prominence. The chordae tendineae display no abnormality. The coronary ostia are in their usual location and give rise to normally distributed, widely patent coronary arteries. On section, the firm, brown myocardium is of normal consistency. No focus of scar or acute hemorrhage is demonstrated.



The systemic aorta is of normal caliber and elasticity. The intimal surface is smooth and glistening. The ostia of the large branches are of normal distribution and dimension. Exploration and inspection of the large veins reveals no evidence of ante mortem clot.

RESPIRATORY

The lungs are of the usual lobation and weigh 240 and 300 grams, right and left respectively. See "Evidence of Injury." Mild to moderate amounts of subpleural anthracotic pigment are present within all lobes. The pleurae are generally smooth and glistening. The bronchi are of normal distribution and dimension. They are lined with smooth, tan epithelium. There is no evidence of ante mortem thromboemboli. On section, the pulmonary parenchyma is dark red/blue and moderately congested. No focus of consolidation, calcification or friability formation is demonstrated. The hilar lymph nodes are mildly anthracotic and non-calcified.

LIVER AND GALLBLADDER

The liver weighs 1,700 grams. The capsule is intact, smooth and shiny. The liver edge is sharp. On section, the hepatic substance is homogeneously brown and of normal consistency. No focal abnormal markings are demonstrated.

The smooth-walled gallbladder contains approximately 5 ml of green/yellow bile. Stone is not demonstrated. Exploration and inspection of the large bile ducts reveal them to be of normal distribution and dimension. They are patent and free of stone.

PANCREAS

The pancreas is in its usual location and on section is composed of normally lobulated, yellow/tan, soft substance. No focus of calcification is demonstrated.

ADRENALS

The adrenal glands are in their usual location and are of normal size and shape. See "Evidence of Injury." On section, they are composed of smooth, yellow outer cortical rims which overlie zones of deeper brown cortical and gray medullary substances.

GENITOURINARY

The kidneys are of similar size and shape. Together they weigh 330 grams. See "Evidence of Injury." The capsules may be removed easily to reveal smooth, medium brown renal surfaces. On section, the cortices and medullae are well demarcated. The usual arcuate markings are preserved. No abnormality of the calyx, pelvis, cortex or medulla is demonstrated. The ureters are patent.

The bladder lumen contains no urine. The openings of the ureters into the bladder are normal. The bladder mucosa is light tan and finely wrinkled.

The prostate gland is of normal size and shape. On section, it is composed of firm, white, almost rubbery substance. No focus of nodularity or yellow discoloration is demonstrated.

SPLEEN

The spleen weighs 190 grams. The capsule is smooth, shiny and intact. On section, no focal abnormal markings are demonstrated. The usual follicular and trabecular markings are preserved.

ALIMENTARY

The smooth-walled esophagus is intact, of usual thickness and gray. Its mucosa is present in normal longitudinal folds. The cardioesophageal junction is easily identified. The gastric wall is intact and of usual thickness. No abnormality of its serosal surface is demonstrated. The gastric mucosa is present in its normal rugal pattern. The stomach contains approximately 50 ml of green/brown fluid and partially digested food. The pylorus and duodenum display no abnormality. The small and large intestines are unremarkable.

MUSCULOSKELETAL

Examination and palpation of the spine, ribs, shoulder girdle and pelvis fails to reveal fracture.

NECK

See "Evidence of Injury." The hyoid bone and thyroid cartilages are intact. The larynx and trachea are of average caliber and are patent. They are lined with smooth, pale tan epithelium. The vocal cords display no abnormality.

THYROID

The thyroid gland demonstrates no abnormality.

HEAD

See "Evidence of Injury." The calvarium is intact and displays no other abnormality. The dura is of normal tenseness. The superior sagittal sinus is patent and in the midline. The leptomeninges are glistening and translucent. The brain is of normal convolutional pattern and weighs 1,380 grams.

Examination of the arteries at the base of the brain reveals them to be of normal distribution and dimension. They are smooth-walled, collapsed and transparent. The uncinate gyri and cerebellar tonsils do not demonstrate pressure phenomena.

Multiple frontal sections of the brain at approximate levels of 2 cm reveal normal relations of gray and white substance. No focal abnormal markings are demonstrated. The ventricles contain clear fluid and the lining ependyma is smooth and glistening. The choroid plexuses display no abnormality. The basal ganglia are normal.

Multiple horizontal sections of the cerebellum, pons and medulla reveal normal architecture of these structures without focal abnormal markings.

Examination of the base of the skull, after removal of the brain and dura, fails to reveal fracture.

DISPOSITION OF EVIDENCE

The following items are retained at the OACME:

1) Photographic documentation
2) Diagrammatic documentation
3) DNA standard card
4) Tissue for stock
5) Femoral blood for short term storage

The following items are submitted to SIS Technician Jimmy Lawson of the Federal Bureau of Prisons at 1:30 p.m. on February 5, 2015:

1) Right and left fingernail clippings
2) Blood spot card
3) CD of autopsy photos

No clothing is received for examination at autopsy.

Femoral blood and vitreous are submitted in a sealed kit to AIT Laboratories for toxicological analysis.

TOXICOLOGY/ANCILLARY STUDIES

Toxicological analysis of the postmortem femoral blood is negative for alcohols and the screened drugs of abuse. Volatile testing of the vitreous is not performed due to negative alcohols in the blood.

*SMITH, LANCE CAMERON*
*• ME-C 2015-073*

**COMMONWEALTH OF KENTUCKY**
**Justice Cabinet**
**OFFICE OF THE ASSOCIATE CHIEF MEDICAL EXAMINER**
**Central Laboratory Facility**
**100 Sower Boulevard Suite 202**
**Frankfort, Kentucky 40601**
**(502) 564-4545**

### REQUEST FOR COPY OF FINAL CERTIFICATE OF DEATH

As part of the requirements for accreditation by the National Association of Medical Examiners, it is necessary for the Office of the Association of Medical Examiners to have on file a copy of the Certificate of Death completed by your office for each individual autopsied upon a Kentucky Coroner's/Deputy Coroner's authorization for each Coroner's Case as defined by Kentucky Revised Statues, Chapter 72.

In addition, it is also necessary for this office to maintain a copy of the Certificate of Death in order to ensure quality control and quality assurance of the forensic autopsy service and to correlate the cause-of-death formulation and the manner of death determination recommended by the Medical Examiner/Forensic Pathologist investigating the case with the language memorialized in the completed Certificate of Death.

Please send a copy of the final Certificate of Death to this office as soon as practicable upon completion. Thank you for your assistance in this matter.

Meredith H. Frame, M.D.
Kentucky State Medical Examiner