GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
12A





GOVERNMENT EXHIBIT
6:18-CR-33-GFVT
12B

GOVERNMENT EXHIBIT 6:18-CR-33-GFVT 12C

