GOVERNMENT EXHIBIT
6:18-CR-33-GFVT
13A





