```
MCRJY  531.01  *              INMATE HISTORY           *    12-11-2020
PAGE 001       *                QUARTERS               *    08:46:51

 REG NO..: 30431-034 NAME....: SHAVER, KENNETH LEE
 CATEGORY: QTR         FUNCTION: PRT         FORMAT:

 FCL   ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
 FLM   B01-113L   HOUSE B/RANGE 01/BED 113L  11-24-2020 2045 CURRENT
 FLM   B01-114L   HOUSE B/RANGE 01/BED 114L  08-13-2020 1143 11-24-2020 2045
 FLM   B01-108L   HOUSE B/RANGE 01/BED 108L  06-30-2020 1032 08-13-2020 1143
 FLM   B01-109L   HOUSE B/RANGE 01/BED 109L  03-23-2020 2058 06-30-2020 1032
 FLM   C01-102L   HOUSE C/RANGE 01/BED 102L  03-23-2020 2013 03-23-2020 2058
 FLM   B01-109L   HOUSE B/RANGE 01/BED 109L  03-12-2020 2115 03-23-2020 2013
 FLM   B01-110L   HOUSE B/RANGE 01/BED 110L  12-10-2019 1929 03-12-2020 2115
 FLM   B01-111L   HOUSE B/RANGE 01/BED 111L  11-04-2019 1910 12-10-2019 1929
 FLM   B01-110L   HOUSE B/RANGE 01/BED 110L  09-17-2019 1603 11-04-2019 1910
 FLM   B01-109L   HOUSE B/RANGE 01/BED 109L  09-10-2019 2016 09-17-2019 1603
 FLM   B05-110L   HOUSE B/RANGE 05/BED 110L  06-17-2019 1829 09-10-2019 2016
 FLM   B05-109L   HOUSE B/RANGE 05/BED 109L  03-25-2019 1812 06-17-2019 1829
 FLM   B05-113L   HOUSE B/RANGE 05/BED 113L  01-31-2019 0902 03-25-2019 1812
 FLM   C06-205L   HOUSE C/RANGE 06/BED 205L  01-14-2019 2057 01-31-2019 0902
 FLM   C06-208L   HOUSE C/RANGE 06/BED 208L  12-14-2018 1527 01-14-2019 2057
 OKL   Z03-188LAD HOUSE Z/RANGE 03/BED 188L AD 12-07-2018 1924 12-14-2018 0855
 OKL   R01-001L   HOUSE R/RANGE 01/BED 001L  12-07-2018 1645 12-07-2018 1924
 OKL   Z03-168LAD HOUSE Z/RANGE 03/BED 168L AD 07-27-2018 1920 08-03-2018 0807
 OKL   R01-001L   HOUSE R/RANGE 01/BED 001L  07-27-2018 1500 07-27-2018 1920
 FLM   R01-001L   HOUSE R/RANGE 01/BED 001L  07-27-2018 0414 07-27-2018 0507
 FLM   B03-105L   HOUSE B/RANGE 03/BED 105L  07-07-2018 2018 07-27-2018 0414
 FLM   B03-107L   HOUSE B/RANGE 03/BED 107L  06-04-2018 1600 07-07-2018 2018
 FLM   B03-108L   HOUSE B/RANGE 03/BED 108L  05-02-2018 2026 06-04-2018 1600
 FLM   B03-104L   HOUSE B/RANGE 03/BED 104L  04-02-2018 1948 05-02-2018 2026
 FLM   B03-107L   HOUSE B/RANGE 03/BED 107L  03-02-2018 1854 04-02-2018 1948
 FLM   B03-104L   HOUSE B/RANGE 03/BED 104L  02-02-2018 1853 03-02-2018 1854
 FLM   B03-107L   HOUSE B/RANGE 03/BED 107L  01-04-2018 1551 02-02-2018 1853
 FLM   B03-109L   HOUSE B/RANGE 03/BED 109L  12-04-2017 1728 01-04-2018 1551
 FLM   B03-111L   HOUSE B/RANGE 03/BED 111L  11-02-2017 1542 12-04-2017 1728
 FLM   B03-110L   HOUSE B/RANGE 03/BED 110L  08-03-2017 0916 11-02-2017 1542
 FLM   B03-109L   HOUSE B/RANGE 03/BED 109L  06-02-2017 0845 08-03-2017 0916
 FLM   B05-105L   HOUSE B/RANGE 05/BED 105L  05-16-2017 1453 06-02-2017 0845
 FLM   B05-104L   HOUSE B/RANGE 05/BED 104L  02-20-2017 1403 05-16-2017 1453
 FLM   B05-103L   HOUSE B/RANGE 05/BED 103L  11-22-2016 1434 02-20-2017 1403
 FLM   B05-102L   HOUSE B/RANGE 05/BED 102L  08-30-2016 1442 11-22-2016 1434
 FLM   B05-101L   HOUSE B/RANGE 05/BED 101L  08-04-2016 0847 08-30-2016 1442
 FLM   C05-103LAD HOUSE C/RANGE 05/BED 103L AD 05-26-2016 1350 08-04-2016 0847
 OKL   Z03-188LAD HOUSE Z/RANGE 03/BED 188L AD 05-24-2016 1809 05-26-2016 0730
 OKL   R01-001L   HOUSE R/RANGE 01/BED 001L  05-24-2016 1415 05-24-2016 1809
 MCR   Z05-226LAD HOUSE Z/RANGE 05/BED 226L AD 05-17-2016 1522 05-24-2016 0910
 MCR   Z05-227LAD HOUSE Z/RANGE 05/BED 227L AD 04-26-2016 1023 05-17-2016 1522



 G0002      MORE PAGES TO FOLLOW . . .
```

**GOVERNMENT EXHIBIT**
**6:18-CR-33-GFVT**
**20**

```
 MCRJY  531.01  *           INMATE HISTORY          *     12-11-2020
 PAGE 002       *              QUARTERS             *     08:46:51

 REG NO..: 30431-034 NAME....: SHAVER, KENNETH LEE
 CATEGORY: QTR       FUNCTION: PRT        FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
 MCR    Z05-228LAD HOUSE Z/RANGE 05/BED 228L AD   04-05-2016 1543 04-26-2016 1023
 MCR    Z05-229LAD HOUSE Z/RANGE 05/BED 229L AD   03-15-2016 1141 04-05-2016 1543
 MCR    Z05-230LAD HOUSE Z/RANGE 05/BED 230L AD   02-23-2016 1453 03-15-2016 1141
 MCR    Z05-231LAD HOUSE Z/RANGE 05/BED 231L AD   02-05-2016 1631 02-23-2016 1453
 MCR    Z04-210LAD HOUSE Z/RANGE 04/BED 210L AD   02-03-2016 1721 02-05-2016 1631
 MCR    Z05-231LAD HOUSE Z/RANGE 05/BED 231L AD   02-02-2016 1813 02-03-2016 1721
 MCR    Z05-232LAD HOUSE Z/RANGE 05/BED 232L AD   01-12-2016 1453 02-02-2016 1813
 MCR    Z05-233LDS HOUSE Z/RANGE 05/BED 233L DS   12-22-2015 1246 01-12-2016 1453
 MCR    Z05-233LAD HOUSE Z/RANGE 05/BED 233L AD   12-22-2015 1246 12-22-2015 1246
 MCR    Z05-234LDS HOUSE Z/RANGE 05/BED 234L DS   12-01-2015 1013 12-22-2015 1246
 MCR    Z05-235LDS HOUSE Z/RANGE 05/BED 235L DS   11-17-2015 1352 12-01-2015 1013
 MCR    Z04-235LDS HOUSE Z/RANGE 04/BED 235L DS   11-10-2015 1518 11-17-2015 1352
 MCR    Z04-235L   HOUSE Z/RANGE 04/BED 235L      11-10-2015 1034 11-10-2015 1518
 MCR    Z04-236L   HOUSE Z/RANGE 04/BED 236L      10-20-2015 1039 11-10-2015 1034
 MCR    Z04-237L   HOUSE Z/RANGE 04/BED 237L      10-08-2015 1233 10-20-2015 1039
 MCR    Z06-248L   HOUSE Z/RANGE 06/BED 248L      09-29-2015 1154 10-08-2015 1233
 MCR    Z06-249L   HOUSE Z/RANGE 06/BED 249L      09-10-2015 2322 09-29-2015 1154
 MCR    Z05-145L   HOUSE Z/RANGE 05/BED 145L      09-09-2015 2312 09-10-2015 2322
 MCR    Z04-243L   HOUSE Z/RANGE 04/BED 243L      09-08-2015 1851 09-09-2015 2312
 MCR    Z04-244L   HOUSE Z/RANGE 04/BED 244L      08-18-2015 1206 09-08-2015 1851
 MCR    Z04-221L   HOUSE Z/RANGE 04/BED 221L      07-28-2015 1050 08-18-2015 1206
 MCR    Z04-222L   HOUSE Z/RANGE 04/BED 222L      07-17-2015 1926 07-28-2015 1050
 MCR    Z06-248L   HOUSE Z/RANGE 06/BED 248L      07-07-2015 0916 07-17-2015 1926
 MCR    Z06-245L   HOUSE Z/RANGE 06/BED 245L      07-06-2015 1504 07-07-2015 0916
 MCR    Z06-256L   HOUSE Z/RANGE 06/BED 256L      06-22-2015 1340 07-06-2015 1504
 MCR    Z05-159L   HOUSE Z/RANGE 05/BED 159L      06-12-2015 0923 06-22-2015 1340
 MCR    Z03-140L   HOUSE Z/RANGE 03/BED 140L      06-09-2015 1021 06-12-2015 0923
 MCR    Z03-141L   HOUSE Z/RANGE 03/BED 141L      05-19-2015 1115 06-09-2015 1021
 MCR    Z03-142L   HOUSE Z/RANGE 03/BED 142L      04-28-2015 1046 05-19-2015 1115
 MCR    Z03-143L   HOUSE Z/RANGE 03/BED 143L      04-07-2015 1111 04-28-2015 1046
 MCR    Z03-136L   HOUSE Z/RANGE 03/BED 136L      03-17-2015 0848 04-07-2015 1111
 MCR    Z03-137L   HOUSE Z/RANGE 03/BED 137L      03-04-2015 0951 03-17-2015 0848
 MCR    Z02-208L   HOUSE Z/RANGE 02/BED 208L      02-17-2015 0921 03-04-2015 0951
 MCR    Z02-209L   HOUSE Z/RANGE 02/BED 209L      02-04-2015 2221 02-17-2015 0921
 MCR    Z06-254L   HOUSE Z/RANGE 06/BED 254L      02-04-2015 2101 02-04-2015 2221
 MCR    Z01-101L   HOUSE Z/RANGE 01/BED 101L      02-04-2015 2035 02-04-2015 2101
 MCR    D01-131L   HOUSE D/RANGE 01/BED 131L      10-06-2014 0807 02-04-2015 2035
 MCR    D01-129L   HOUSE D/RANGE 01/BED 129L      04-28-2014 1503 10-06-2014 0807
 MCR    D01-132LH  HOUSE D/RANGE 01/BED 132L H    03-25-2014 0741 04-28-2014 1503
 MCR    D01-128LH  HOUSE D/RANGE 01/BED 128L H    02-19-2014 2033 03-25-2014 0741
 MCR    R01-001L   HOUSE R/RANGE 01/BED 001L      02-19-2014 1446 02-19-2014 2033



 G0002      MORE PAGES TO FOLLOW . . .
```

```
MCRJY  531.01 *              INMATE HISTORY           *    12-11-2020
PAGE 003       *                QUARTERS              *    08:46:51

 REG NO..: 30431-034 NAME....: SHAVER, KENNETH LEE
 CATEGORY: QTR         FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP   DATE/TIME
OKL    Z03-714UDS HOUSE Z/RANGE 03/BED 714U DS 02-12-2014 1331 02-19-2014 0730
OKL    Z03-718LDS HOUSE Z/RANGE 03/BED 718L DS 02-07-2014 2049 02-12-2014 1331
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L    02-07-2014 1859 02-07-2014 2049
OKL    C04-407L   HOUSE C/RANGE 04/BED 407L    02-07-2014 1819 02-07-2014 1859
OKL    C04-419L   HOUSE C/RANGE 04/BED 419L    02-07-2014 1705 02-07-2014 1819
FLP    E08-217L   HOUSE E/RANGE 08/BED 217L    02-02-2014 0906 02-07-2014 1128
FLP    E08-216L   HOUSE E/RANGE 08/BED 216L    01-12-2014 1925 02-02-2014 0906
FLP    E08-217L   HOUSE E/RANGE 08/BED 217L    12-22-2013 1741 01-12-2014 1925
FLP    E08-216L   HOUSE E/RANGE 08/BED 216L    12-02-2013 1316 12-22-2013 1741
FLP    E08-215L   HOUSE E/RANGE 08/BED 215L    11-10-2013 0847 12-02-2013 1316
FLP    E08-216L   HOUSE E/RANGE 08/BED 216L    10-20-2013 2042 11-10-2013 0847
FLP    E08-217L   HOUSE E/RANGE 08/BED 217L    09-30-2013 0836 10-20-2013 2042
FLP    E08-215L   HOUSE E/RANGE 08/BED 215L    09-08-2013 1402 09-30-2013 0836
FLP    E08-216L   HOUSE E/RANGE 08/BED 216L    08-18-2013 0831 09-08-2013 1402
FLP    E08-217L   HOUSE E/RANGE 08/BED 217L    07-28-2013 1945 08-18-2013 0831
FLP    E08-215L   HOUSE E/RANGE 08/BED 215L    07-24-2013 1112 07-28-2013 1945
FLP    E07-210U   HOUSE E/RANGE 07/BED 210U    07-07-2013 1750 07-24-2013 1112
FLP    E07-209U   HOUSE E/RANGE 07/BED 209U    06-16-2013 1807 07-07-2013 1750
FLP    E07-208U   HOUSE E/RANGE 07/BED 208U    05-31-2013 1336 06-16-2013 1807
FLP    Z05-161L   HOUSE Z/RANGE 05/BED 161L    05-30-2013 1840 05-31-2013 1336
FLP    Z01-100L   HOUSE Z/RANGE 01/BED 100L    05-30-2013 1511 05-30-2013 1840
OKL    Z03-725LDS HOUSE Z/RANGE 03/BED 725L DS 05-21-2013 0153 05-30-2013 1200
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L    05-20-2013 1845 05-21-2013 0153
LEW    J01-103U   HOUSE J/RANGE 01/BED 103U    05-12-2013 0844 05-20-2013 0901
LEW    J01-101U   HOUSE J/RANGE 01/BED 101U    04-21-2013 0845 05-12-2013 0844
LEW    J01-113U   HOUSE J/RANGE 01/BED 113U    03-31-2013 0916 04-21-2013 0845
LEW    J01-102U   HOUSE J/RANGE 01/BED 102U    03-10-2013 0757 03-31-2013 0916
LEW    J01-103U   HOUSE J/RANGE 01/BED 103U    02-17-2013 0838 03-10-2013 0757
LEW    J01-101U   HOUSE J/RANGE 01/BED 101U    01-29-2013 1019 02-17-2013 0838
LEW    J01-113U   HOUSE J/RANGE 01/BED 113U    01-27-2013 0817 01-29-2013 1019
LEW    J01-118U   HOUSE J/RANGE 01/BED 118U    01-06-2013 0813 01-27-2013 0817
LEW    J01-117U   HOUSE J/RANGE 01/BED 117U    12-16-2012 0811 01-06-2013 0813
LEW    J01-118U   HOUSE J/RANGE 01/BED 118U    11-29-2012 0801 12-16-2012 0811
LEW    J01-124U   HOUSE J/RANGE 01/BED 124U    11-25-2012 0841 11-29-2012 0801
LEW    J01-117U   HOUSE J/RANGE 01/BED 117U    11-04-2012 0858 11-25-2012 0841
LEW    J01-119U   HOUSE J/RANGE 01/BED 119U    10-14-2012 0900 11-04-2012 0858
LEW    J01-105U   HOUSE J/RANGE 01/BED 105U    09-23-2012 0918 10-14-2012 0900
LEW    J01-104U   HOUSE J/RANGE 01/BED 104U    09-02-2012 1104 09-23-2012 0918
LEW    J01-118U   HOUSE J/RANGE 01/BED 118U    08-12-2012 0656 09-02-2012 1104
LEW    J01-104U   HOUSE J/RANGE 01/BED 104U    08-07-2012 0753 08-12-2012 0656
LEW    Z01-015U   HOUSE Z/RANGE 01/BED 015U    07-28-2012 0838 08-07-2012 0753




G0002       MORE PAGES TO FOLLOW . . .
```

```
MCRJY   531.01 *                INMATE HISTORY              *    12-11-2020
PAGE 004       *                  QUARTERS                  *     08:46:51

 REG NO..: 30431-034 NAME....: SHAVER, KENNETH LEE
 CATEGORY: QTR         FUNCTION: PRT         FORMAT:

FCL   ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
LEW   Z01-014L   HOUSE Z/RANGE 01/BED 014L      07-07-2012 0933 07-28-2012 0838
LEW   Z01-017L   HOUSE Z/RANGE 01/BED 017L      07-07-2012 0803 07-07-2012 0933
LEW   Z01-015U   HOUSE Z/RANGE 01/BED 015U      06-16-2012 0749 07-07-2012 0803
LEW   Z01-014U   HOUSE Z/RANGE 01/BED 014U      06-08-2012 0937 06-16-2012 0749
LEW   Z02-114L   HOUSE Z/RANGE 02/BED 114L      06-02-2012 0757 06-08-2012 0937
LEW   Z02-115L   HOUSE Z/RANGE 02/BED 115L      05-12-2012 0734 06-02-2012 0757
LEW   Z02-116L   HOUSE Z/RANGE 02/BED 116L      04-26-2012 0946 05-12-2012 0734
LEW   J03-322L   HOUSE J/RANGE 03/BED 322L      04-15-2012 0952 04-26-2012 0946
LEW   J03-321L   HOUSE J/RANGE 03/BED 321L      03-25-2012 0925 04-15-2012 0952
LEW   J03-320L   HOUSE J/RANGE 03/BED 320L      03-04-2012 0800 03-25-2012 0925
LEW   J03-321L   HOUSE J/RANGE 03/BED 321L      02-12-2012 0925 03-04-2012 0800
LEW   J03-322L   HOUSE J/RANGE 03/BED 322L      01-25-2012 1237 02-12-2012 0925
LEW   J03-321L   HOUSE J/RANGE 03/BED 321L      01-01-2012 0942 01-25-2012 1237
LEW   J03-320L   HOUSE J/RANGE 03/BED 320L      12-30-2011 1228 01-01-2012 0942
LEW   J03-317U   HOUSE J/RANGE 03/BED 317U      12-11-2011 0912 12-30-2011 1228
LEW   J03-318L   HOUSE J/RANGE 03/BED 318L      11-20-2011 0734 12-11-2011 0912
LEW   J03-317L   HOUSE J/RANGE 03/BED 317L      10-31-2011 1549 11-20-2011 0734
LEW   R01-001L   HOUSE R/RANGE 01/BED 001L      10-31-2011 1502 10-31-2011 1549
ALP   Z06-101LDS HOUSE Z/RANGE 06/BED 101L DS   10-27-2011 1756 10-31-2011 1434
ALP   Z08-201LDS HOUSE Z/RANGE 08/BED 201L DS   10-27-2011 1636 10-27-2011 1756
ALP   Z06-106LDS HOUSE Z/RANGE 06/BED 106L DS   10-16-2011 0922 10-27-2011 1636
ALP   Z01-104UAD HOUSE Z/RANGE 01/BED 104U AD   10-04-2011 1537 10-16-2011 0922
ALP   H01-004L   HOUSE H/RANGE 01/BED 004L      10-03-2011 1700 10-04-2011 1537
ALP   Z06-104LDS HOUSE Z/RANGE 06/BED 104L DS   09-25-2011 1155 10-03-2011 1700
ALP   Z06-111LDS HOUSE Z/RANGE 06/BED 111L DS   09-04-2011 1025 09-25-2011 1155
ALP   Z06-106LDS HOUSE Z/RANGE 06/BED 106L DS   08-31-2011 1434 09-04-2011 1025
ALP   Z08-201LDS HOUSE Z/RANGE 08/BED 201L DS   08-30-2011 2145 08-31-2011 1434
ALP   Z06-106LDS HOUSE Z/RANGE 06/BED 106L DS   08-20-2011 1610 08-30-2011 2145
ALP   Z06-101LDS HOUSE Z/RANGE 06/BED 101L DS   08-19-2011 1650 08-20-2011 1610
ALP   Z06-106LDS HOUSE Z/RANGE 06/BED 106L DS   08-15-2011 1355 08-19-2011 1650
ALP   Z04-216LDS HOUSE Z/RANGE 04/BED 216L DS   08-14-2011 1001 08-15-2011 1355
ALP   Z04-215LDS HOUSE Z/RANGE 04/BED 215L DS   07-24-2011 0915 08-14-2011 1001
ALP   Z04-210LDS HOUSE Z/RANGE 04/BED 210L DS   07-22-2011 0825 07-24-2011 0915
ALP   Z01-101UAD HOUSE Z/RANGE 01/BED 101U AD   07-21-2011 0949 07-22-2011 0825
ALP   H01-004L   HOUSE H/RANGE 01/BED 004L      07-20-2011 1941 07-21-2011 0949
ALP   Z01-101UAD HOUSE Z/RANGE 01/BED 101U AD   07-19-2011 0945 07-20-2011 1941
ALP   H01-003L   HOUSE H/RANGE 01/BED 003L      07-08-2011 2030 07-19-2011 0945
ALP   Z04-210LDS HOUSE Z/RANGE 04/BED 210L DS   07-08-2011 1646 07-08-2011 2030
ALP   Z06-101LDS HOUSE Z/RANGE 06/BED 101L DS   07-07-2011 1014 07-08-2011 1646
ALP   Z04-210LDS HOUSE Z/RANGE 04/BED 210L DS   07-03-2011 1353 07-07-2011 1014
ALP   Z04-225LDS HOUSE Z/RANGE 04/BED 225L DS   06-18-2011 1229 07-03-2011 1353



G0002         MORE PAGES TO FOLLOW . . .
```

```
MCRJY  531.01   *              INMATE HISTORY           *       12-11-2020
PAGE 005        *                QUARTERS               *        08:46:51

 REG NO..: 30431-034 NAME....: SHAVER, KENNETH LEE
 CATEGORY: QTR         FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP   DATE/TIME
ALP    Z08-201LDS HOUSE Z/RANGE 08/BED 201L DS  06-17-2011 0951 06-18-2011 1229
ALP    Z04-224LDS HOUSE Z/RANGE 04/BED 224L DS  06-06-2011 1330 06-17-2011 0951
ALP    Z03-224LAD HOUSE Z/RANGE 03/BED 224L AD  06-04-2011 0829 06-06-2011 1330
ALP    Z07-207UAD HOUSE Z/RANGE 07/BED 207U AD  05-26-2011 1240 06-04-2011 0829
ALP    Z05-101LAD HOUSE Z/RANGE 05/BED 101L AD  05-25-2011 0731 05-26-2011 1240
ALP    Z01-101UAD HOUSE Z/RANGE 01/BED 101U AD  05-25-2011 0707 05-25-2011 0731
ALP    C04-214L   HOUSE C/RANGE 04/BED 214L     05-10-2011 0903 05-25-2011 0707
ALP    C04-217L   HOUSE C/RANGE 04/BED 217L     04-18-2011 2058 05-10-2011 0903
ALP    R01-001L   HOUSE R/RANGE 01/BED 001L     04-18-2011 1840 04-18-2011 2058
CUM    Z05-232UAD HOUSE Z/RANGE 05/BED 232U AD  04-16-2011 0603 04-18-2011 0806
CUM    Z03-131LAD HOUSE Z/RANGE 03/BED 131L AD  04-13-2011 1455 04-16-2011 0603
CUM    R01-001L   HOUSE R/RANGE 01/BED 001L     04-13-2011 1218 04-13-2011 1455
HAZ    Z02-209LDS HOUSE Z/RANGE 02/BED 209L DS  03-29-2011 1023 04-13-2011 1116
HAZ    Z02-210LDS HOUSE Z/RANGE 02/BED 210L DS  03-10-2011 1356 03-29-2011 1023
HAZ    Z02-211LDS HOUSE Z/RANGE 02/BED 211L DS  02-18-2011 1210 03-10-2011 1356
HAZ    Z02-212LDS HOUSE Z/RANGE 02/BED 212L DS  01-29-2011 1153 02-18-2011 1210
HAZ    Z02-214LDS HOUSE Z/RANGE 02/BED 214L DS  01-16-2011 1656 01-29-2011 1153
HAZ    Z02-208LDS HOUSE Z/RANGE 02/BED 208L DS  01-12-2011 0142 01-16-2011 1656
HAZ    Z01-001U   HOUSE Z/RANGE 01/BED 001U     01-11-2011 1738 01-12-2011 0142
HAZ    Z02-208LDS HOUSE Z/RANGE 02/BED 208L DS  01-10-2011 1112 01-11-2011 0900
HAZ    Z02-209LDS HOUSE Z/RANGE 02/BED 209L DS  12-20-2010 1708 01-10-2011 1112
HAZ    Z02-210LDS HOUSE Z/RANGE 02/BED 210L DS  11-29-2010 1102 12-20-2010 1708
HAZ    Z02-211LDS HOUSE Z/RANGE 02/BED 211L DS  11-10-2010 1141 11-29-2010 1102
HAZ    Z02-216LDS HOUSE Z/RANGE 02/BED 216L DS  10-23-2010 1221 11-10-2010 1141
HAZ    Z02-201LDS HOUSE Z/RANGE 02/BED 201L DS  10-02-2010 1556 10-23-2010 1221
HAZ    Z02-202LDS HOUSE Z/RANGE 02/BED 202L DS  09-14-2010 1449 10-02-2010 1556
HAZ    Z02-202UDS HOUSE Z/RANGE 02/BED 202U DS  09-06-2010 2016 09-14-2010 1449
HAZ    Z02-203UDS HOUSE Z/RANGE 02/BED 203U DS  08-26-2010 1431 09-06-2010 2016
HAZ    Z02-204UDS HOUSE Z/RANGE 02/BED 204U DS  08-23-2010 1459 08-26-2010 1431
HAZ    Z01-108UDS HOUSE Z/RANGE 01/BED 108U DS  08-04-2010 1012 08-23-2010 1459
HAZ    Z01-109UDS HOUSE Z/RANGE 01/BED 109U DS  07-17-2010 0919 08-04-2010 1012
HAZ    Z01-110UDS HOUSE Z/RANGE 01/BED 110U DS  07-11-2010 1139 07-17-2010 0919
HAZ    Z01-110LDS HOUSE Z/RANGE 01/BED 110L DS  06-23-2010 0805 07-11-2010 1139
HAZ    Z01-110UDS HOUSE Z/RANGE 01/BED 110U DS  06-04-2010 1531 06-23-2010 0805
HAZ    Z01-110LDS HOUSE Z/RANGE 01/BED 110L DS  05-15-2010 1409 06-04-2010 1531
HAZ    Z01-105LDS HOUSE Z/RANGE 01/BED 105L DS  05-15-2010 1359 05-15-2010 1409
HAZ    Z01-115LDS HOUSE Z/RANGE 01/BED 115L DS  05-15-2010 1352 05-15-2010 1359
HAZ    Z01-106LDS HOUSE Z/RANGE 01/BED 106L DS  05-02-2010 0918 05-15-2010 1352
HAZ    Z01-106UDS HOUSE Z/RANGE 01/BED 106U DS  04-14-2010 1221 05-02-2010 0918
HAZ    Z01-103UDS HOUSE Z/RANGE 01/BED 103U DS  03-25-2010 1522 04-14-2010 1221
HAZ    Z01-103LDS HOUSE Z/RANGE 01/BED 103L DS  03-05-2010 1527 03-25-2010 1522



G0002      MORE PAGES TO FOLLOW . . .
```

```
 MCRJY  531.01 *             INMATE HISTORY             *    12-11-2020
 PAGE 006       *               QUARTERS                *    08:46:51

 REG NO..: 30431-034 NAME....: SHAVER, KENNETH LEE
 CATEGORY: QTR        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP   DATE/TIME
HAZ    Z06-259LAD HOUSE Z/RANGE 06/BED 259L AD  03-03-2010 2351 03-05-2010 1527
HAZ    Z06-259LAD HOUSE Z/RANGE 06/BED 259L AD  03-02-2010 2017 03-03-2010 2100
HAZ    Z03-123UAD HOUSE Z/RANGE 03/BED 123U AD  02-14-2010 1552 03-02-2010 2017
HAZ    Z03-124UAD HOUSE Z/RANGE 03/BED 124U AD  02-11-2010 2203 02-14-2010 1552
HAZ    Z01-001U   HOUSE Z/RANGE 01/BED 001U     02-11-2010 2109 02-11-2010 2203
HAZ    Z03-124UAD HOUSE Z/RANGE 03/BED 124U AD  01-26-2010 1227 02-11-2010 2109
HAZ    Z03-125UAD HOUSE Z/RANGE 03/BED 125U AD  01-08-2010 1240 01-26-2010 1227
HAZ    Z03-126UAD HOUSE Z/RANGE 03/BED 126U AD  12-29-2009 1152 01-08-2010 1240
HAZ    Z01-104UDS HOUSE Z/RANGE 01/BED 104U DS  12-24-2009 0953 12-29-2009 1152
HAZ    A01-118U   HOUSE A/RANGE 01/BED 118U     12-09-2009 0220 12-24-2009 0953
HAZ    A01-119U   HOUSE A/RANGE 01/BED 119U     12-08-2009 2110 12-09-2009 0220
HAZ    A01-101L   HOUSE A/RANGE 01/BED 101L     12-08-2009 2029 12-08-2009 2110
HAZ    Z04-232UAD HOUSE Z/RANGE 04/BED 232U AD  12-06-2009 1356 12-08-2009 2029
HAZ    Z04-231UAD HOUSE Z/RANGE 04/BED 231U AD  11-30-2009 1136 12-06-2009 1356
HAZ    Z01-001U   HOUSE Z/RANGE 01/BED 001U     11-29-2009 1145 11-30-2009 1136
HAZ    A01-118L   HOUSE A/RANGE 01/BED 118L     11-24-2009 1956 11-29-2009 1145
HAZ    A01-101U   HOUSE A/RANGE 01/BED 101U     11-24-2009 1016 11-24-2009 1956
HAZ    D01-116L   HOUSE D/RANGE 01/BED 116L     11-09-2009 1334 11-24-2009 1016
HAZ    D01-110L   HOUSE D/RANGE 01/BED 110L     11-03-2009 1831 11-09-2009 1334
HAZ    R01-001L   HOUSE R/RANGE 01/BED 001L     11-03-2009 1657 11-03-2009 1831
OKL    Z02-709LAD HOUSE Z/RANGE 02/BED 709L AD  10-27-2009 1755 11-03-2009 0910
OKL    R01-001L   HOUSE R/RANGE 01/BED 001L     10-27-2009 1656 10-27-2009 1755
TAL    J07-137LAD HOUSE J/RANGE 07/BED 137L AD  10-22-2009 1335 10-27-2009 0703
TAL    J05-112L   HOUSE J/RANGE 05/BED 112L     10-21-2009 0652 10-22-2009 1335
TAL    J05-110L   HOUSE J/RANGE 05/BED 110L     10-21-2009 0253 10-21-2009 0652
TAL    J07-135LAD HOUSE J/RANGE 07/BED 135L AD  10-20-2009 2241 10-21-2009 0253
TAL    J09-001L   HOUSE J/RANGE 09/BED 001L     10-20-2009 2112 10-20-2009 2241
TAL    J04-221L   HOUSE J/RANGE 04/BED 221L     10-16-2009 2151 10-20-2009 0922
TAL    J09-001L   HOUSE J/RANGE 09/BED 001L     10-16-2009 1951 10-16-2009 2151
COP    Z01-124UAD HOUSE Z/RANGE 01/BED 124U AD  10-03-2009 1124 10-16-2009 1124
COP    Z01-123UAD HOUSE Z/RANGE 01/BED 123U AD  09-13-2009 1441 10-03-2009 1124
COP    Z01-122UAD HOUSE Z/RANGE 01/BED 122U AD  09-02-2009 2218 09-13-2009 1441
COP    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD  09-02-2009 0725 09-02-2009 2218
COP    B01-125L   HOUSE B/RANGE 01/BED 125L     08-10-2009 1309 09-02-2009 0725
COP    B01-126L   HOUSE B/RANGE 01/BED 126L     07-02-2009 1138 08-10-2009 1309
COP    A02-208L   HOUSE A/RANGE 02/BED 208L     06-19-2009 2136 07-02-2009 1138
COP    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD  06-19-2009 1741 06-19-2009 2136
COP    Z01-101UAD HOUSE Z/RANGE 01/BED 101U AD  06-19-2009 1739 06-19-2009 1741
COP    J02-212U   HOUSE J/RANGE 02/BED 212U     06-17-2009 0924 06-19-2009 1739
COP    D02-209U   HOUSE D/RANGE 02/BED 209U     06-12-2009 1455 06-17-2009 0924
COP    C02-209U   HOUSE C/RANGE 02/BED 209U     06-12-2009 1454 06-12-2009 1455



G0002        MORE PAGES TO FOLLOW . . .
```

```
 MCRJY  531.01 *             INMATE HISTORY            *    12-11-2020
 PAGE 007 OF 007 *              QUARTERS               *     08:46:51

  REG NO..: 30431-034 NAME....: SHAVER, KENNETH LEE
  CATEGORY: QTR         FUNCTION: PRT        FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP   DATE/TIME
 COP    D02-232U   HOUSE D/RANGE 02/BED 232U    06-12-2009 1454 06-12-2009 1454
 COP    B01-125U   HOUSE B/RANGE 01/BED 125U    06-08-2009 1523 06-12-2009 1454
 COP    B01-101L   HOUSE B/RANGE 01/BED 101L    06-08-2009 1454 06-08-2009 1523
 COP    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD 06-08-2009 1314 06-08-2009 1454
 COP    D02-209L   HOUSE D/RANGE 02/BED 209L    04-23-2009 1146 06-08-2009 1314
 COP    D02-209U   HOUSE D/RANGE 02/BED 209U    04-02-2009 1355 04-23-2009 1146
 COP    K02-224U   HOUSE K/RANGE 02/BED 224U    03-13-2009 0300 04-02-2009 1355
 COP    A01-113U   HOUSE A/RANGE 01/BED 113U    03-03-2009 1322 03-13-2009 0300
 COP    B01-116U   HOUSE B/RANGE 01/BED 116U    02-25-2009 1909 03-03-2009 1322
 COP    Z02-205LAD HOUSE Z/RANGE 02/BED 205L AD 02-15-2009 1259 02-25-2009 1909
 COP    Z02-206LAD HOUSE Z/RANGE 02/BED 206L AD 02-11-2009 2146 02-15-2009 1259
 COP    Z01-114LAD HOUSE Z/RANGE 01/BED 114L AD 02-11-2009 2110 02-11-2009 2146
 COP    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD 02-11-2009 2101 02-11-2009 2110
 COP    Z02-223LAD HOUSE Z/RANGE 02/BED 223L AD 02-11-2009 2100 02-11-2009 2101
 COP    Z01-101LAD HOUSE Z/RANGE 01/BED 101L AD 02-11-2009 2031 02-11-2009 2100
 COP    A01-112L   HOUSE A/RANGE 01/BED 112L    12-02-2008 0800 02-11-2009 2031
 COP    A02-221U   HOUSE A/RANGE 02/BED 221U    11-23-2008 1046 12-02-2008 0800
 COP    A02-230U   HOUSE A/RANGE 02/BED 230U    11-18-2008 2025 11-23-2008 1046
 COP    R01-101L   HOUSE R/RANGE 01/BED 101L    11-18-2008 1714 11-18-2008 2025
 OKL    C07-320U   HOUSE C/RANGE 07/BED 320U    10-31-2008 1632 11-18-2008 0825




 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```