GOVERNMENT
EXHIBIT
6:18-CR-33-GFVT
26
