Date: 06/28/2017  
Time: 11:02 AM  

# Federal Bureau of Prisons
## TRULINCS
### Message
### Sensitive But Unclassified

Facility: MCR

## Message

FROM: 30431034 SHAVER, KENNETH LEE  
TO: "Amy Daniels" <zombietaterhead@gmail.com>  
SUBJECT: hey  
DATE: 10/17/2014 07:35 PM  

can you send countrys name to me ? we found him .kenny

**GOVERNMENT EXHIBIT**  
**6:18-CR-33-GFVT**  
**29**

Date: 06/28/2017  
Time: 11:02 AM

Federal Bureau of Prisons  
TRULINCS  
**Message**  
Sensitive But Unclassified

Facility: MCR

**Message**

FROM: zombietaterhead@gmail.com  
TO: 30431034 SHAVER, KENNETH LEE  
SUBJECT: RE: hey  
DATE: 10/17/2014 10:06 PM

Lance Cameron Smith

KENNETH LEE SHAVER on 10/17/2014 7:51:36 PM wrote  
can you send  countrys name to me ? we found him .kenny

Date: 06/28/2017  
Time: 11:02 AM

# Federal Bureau of Prisons
## TRULINCS
### Message
### Sensitive But Unclassified

Facility: MCR

## Message

FROM: 30431034 SHAVER, KENNETH LEE  
TO: "Amy Daniels" <zombietaterhead@gmail.com>  
SUBJECT: RE: RE: hey  
DATE: 10/20/2014 02:54 PM

can you send me something on lance , because they are saying he s cool . thx boots and salutes  
-----Daniels, Amy on 10/17/2014 10:06 PM wrote:

>

Lance Cameron Smith

KENNETH LEE SHAVER on 10/17/2014 7:51:36 PM wrote  
can you send  countrys name to me ? we found him .kenny

| | | |
|---|---|---|
| Date: 06/28/2017 | **Federal Bureau of Prisons** | Facility: MCR |
| Time: 11:02 AM | **TRULINCS** | |
| | **Message** | |
| | **Sensitive But Unclassified** | |

## Message

FROM: zombietaterhead@gmail.com
TO: 30431034 SHAVER, KENNETH LEE
SUBJECT: RE: hey
DATE: 10/20/2014 05:51 PM

yep, I'll send his pacer in the next email. Look at his sentencing and then I will copy his out date from the fbop site below. His sentencing and his outdate don't add up...Also I haven't checked his docket in a while and I see the 2 new entrees added April of this year...

LANCE CAMERON SMITH
Register Number: 11440-091
Age: 32
Race: White
Sex: Male
Located at: Florence - High USP
Release Date: 04/20/2019


KENNETH LEE SHAVER on 10/20/2014 3:23:01 PM wrote
can you send me something on lance , because they are saying he s cool . thx boots and salutes
-----Daniels, Amy on 10/17/2014 10:06 PM wrote:

&gt;

Lance Cameron Smith

KENNETH LEE SHAVER on 10/17/2014 7:51:36 PM wrote
can you send  countrys name to me ? we found him .kenny

| | | |
|---|---|---|
| Date: 06/28/2017 | Federal Bureau of Prisons | Facility: MCR |
| Time: 11:02 AM | TRULINCS | |
| | Message | |
| | Sensitive But Unclassified | |

## Message

FROM: zombietaterhead@gmail.com
TO: 30431034 SHAVER, KENNETH LEE
SUBJECT: country
DATE: 10/20/2014 05:51 PM

Pending Counts
Disposition
21 U.S.C. 846 and 841(a)(1) and (b)(1)(A) - Conspiracy to Possess with Intent to Distribute, and to Distribute Methamphetamine
(1)  Defendant committed to custody for a period of 188 months with supervised release for a period of 5 years.

Highest Offense Level (Opening)
Felony

Terminated Counts
Disposition
None

Highest Offense Level (Terminated)
None

Complaints
Disposition
21: USC 846 AND 841(a)(1) and (b) (1)(B)- Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine


Plaintiff
USA  represented by Kelly H Rankin
AZBELL & GROVES, LLC
619 Main Street
Grand Junction, CO 81507
307/772-2124
Fax: 307/772-2123
Email: barbara.warburton@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Stuart S Healy , III
AZBELL & GROVES, LLC
619 Main Street
Grand Junction, CO 81507
307/772-2124
Fax: 307/772-2123
Email: stuart.healy@usdoj.gov
TERMINATED: 06/28/2011
LEAD ATTORNEY


Date Filed
#
Docket Text
01/26/2010 1  COMPLAINT as to Lance Cameron Smith (1), Daniel Justin Coleman (2), William Daryl Alegira (3), Reann Amanda Pope (4), Sabrina Anne Best (5).. (stbd)  [1:10-mj-00016-ABJ] (Entered: 01/27/2010)
01/26/2010 2  MOTION for Detention Hearing by USA as to Defendant(s) Lance Cameron Smith, Daniel Justin Coleman,

| | |
|---|---|
| Date: 06/28/2017 | Facility: MCR |
| Time: 11:02 AM | |

## Federal Bureau of Prisons
### TRULINCS
#### Message
##### Sensitive But Unclassified

William Daryl Alegira, Reann Amanda Pope, Sabrina Anne Best. (stbd) [1:10-mj-00016-ABJ] (Entered: 01/27/2010)
01/26/2010  3   Warrant Issued as to Lance Cameron Smith. (stbd) [1:10-mj-00016-ABJ] (Entered: 01/27/2010)
02/02/2010      ATTORNEY APPOINTMENT: James H Barrett appearing for defendant Lance Cameron Smith (sds, ) [1:10-mj-00016-ABJ] (Entered: 02/02/2010)
02/02/2010 15   Minute Entry: Initial Appearance as to Lance Cameron Smith held on 2/2/2010. Proceedings held before Judge William F Downes. (Court Reporter Jamie Hendrich.) (sdf, )  [1:10-mj-00016-ABJ] (Entered: 02/02/2010)
02/02/2010 16   NOTICE OF HEARING as to Lance Cameron Smith; Preliminary/Detention Hearing set for 2/4/2010 09:30 AM in Cheyenne Courtroom #3 (Room # 2104) before Judge William C Beaman. (sdb, ) [1:10-mj-00016-ABJ] (Entered: 02/02/2010)
02/02/2010 17   NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - CJA 23 Financial Affidavit by Lance Cameron Smith (sdf, ) [1:10-mj-00016-ABJ] (Entered: 02/02/2010)
02/03/2010 18   Warrant Returned Executed on 2/2/10 in case as to Lance Cameron Smith.. (sal) [1:10-mj-00016-ABJ] (Entered: 02/03/2010)
02/04/2010 19   Minute Entry: Preliminary/Detention Hearing as to Lance Cameron Smith held on 2/4/2010. Preliminary Hearing waived, defendant detained. Proceedings held before Judge William C Beaman. (Court Reporter Julie Thomas.) (szf, ) [1:10-mj-00016-ABJ] (Entered: 02/04/2010)
02/04/2010 20   WAIVER of Preliminary Examination or Hearing by defendant Lance Cameron Smith (szf, ) [1:10-mj-00016-ABJ] (Entered: 02/04/2010)
02/04/2010 21   ORDER OF DETENTION as to Lance Cameron Smith by the Honorable Judge William C Beaman. (sal) [1:10-mj-00016-ABJ] (Entered: 02/04/2010)
02/23/2010 33   MOTION for Medical/Mental Exam by Defendant(s) Lance Cameron Smith. (Attachments: # 1 Proposed Order)(Barrett, James) [1:10-mj-00016-ABJ] (Entered: 02/23/2010)
02/24/2010 34   ORDER granting 33 Motion for Medical/Mental Exam as to Lance Cameron Smith (1) by the Honorable Judge Alan B Johnson.(slb, ) [1:10-mj-00016-ABJ] (Entered: 02/24/2010)
03/05/2010 35   AMENDED ORDER GRANTING INCARCERATED DEFENDANT'S MOTION FOR MEDICAL/MENTAL CARE AND EXAMINATION as to Lance Cameron Smith re 33 MOTION for Medical/Mental Exam filed by Lance Cameron Smith by the Honorable Judge Alan B Johnson. (slb, ) USMS served on 3/5/2010 (szf, ). [1:10-mj-00016-ABJ] (Entered: 03/05/2010)
03/17/2010 36   INDICTMENT as to Lance Cameron Smith (1) count(s) 1, Daniel Justin Coleman (2) count(s) 1, William Daryl Alegira (3) count(s) 1, Sabrina Anne Best (4) count(s) 1. (sjlg, )  (Entered: 03/18/2010)
03/17/2010 37   MOTION for Detention Hearing by USA as to Defendant(s) William Daryl Alegira, Lance Cameron Smith, Daniel Justin Coleman, Sabrina Anne Best. (sjlg, ) (Entered: 03/18/2010)
03/17/2010 38   Praecipe for Warrant by Plaintiff USA as to Defendant(s) Lance Cameron Smith, Daniel Justin Coleman, William Daryl Alegira, and Sabrina Anne Best. (sjlg, ) (Entered: 03/18/2010)
03/18/2010 39   Warrant Issued as to Lance Cameron Smith. (sjlg, ) (Entered: 03/18/2010)
03/18/2010 45   NOTICE OF HEARING as to Lance Cameron Smith; Initial Appearance/Arraignment set for 3/23/2010 10:00 AM in Cheyenne Courtroom #3 (Room # 2104) before Judge William C Beaman. (sdb, ) (Entered: 03/18/2010)
03/23/2010 53   Minute Entry: Initial Appearance/Arraignment as to Lance Cameron Smith (1) Count 1 held on 3/23/2010. Defendant pled not guilty, detained. Parties will have 20 days to file motions. Proceedings held before Judge William C Beaman. (Court Reporter Jan Davis.) (szf, )  (Entered: 03/23/2010)
03/23/2010 54   NOTICE OF HEARING as to Lance Cameron Smith,  Jury Trial set for 4/26/2010 01:30 PM in Cheyenne Courtroom #1 (Room # 2132) before Judge Alan B Johnson. (szf, ) Modified on 3/29/2010 (szf, ). (Entered: 03/23/2010)
03/23/2010 55   ORDER for Discovery as to Lance Cameron Smith by the Honorable Judge William C Beaman. (szf, ) (Entered: 03/23/2010)
03/23/2010 56   Warrant Returned Executed on March 23, 2010 in case as to Lance Cameron Smith. (szf, ) (Entered: 03/24/2010)
04/12/2010 62   NOTICE OF HEARING as to William Daryl Alegira, Lance Cameron Smith, Daniel Justin Coleman, Status Conference set for 4/14/2010 08:00 AM in Judge Johnson's Chambers (Room # 2243) before Judge Alan B Johnson. (slb, ) (Entered: 04/12/2010)
04/14/2010 63   Minute Entry: Status Conference as to William Daryl Alegira, Lance Cameron Smith, Daniel Justin Coleman, Sabrina Anne Best held on 4/14/2010 Proceedings held before Judge Alan B Johnson. (Court Reporter Thomas.) (sjlg, ) (Entered: 04/14/2010)
04/19/2010 64   ORDER Continuing Trial and for Excludable Delay as to William Daryl Alegira, Lance Cameron Smith, Daniel Justin Coleman, Sabrina Anne Best by the Honorable Judge Alan B Johnson.  Jury Trial reset from 4/26/2010 01:30 PM to 6/1/2010 01:30 PM in Cheyenne Courtroom #1 (Room # 2132) before Judge Alan B Johnson. (szf, ) (Entered: 04/19/2010)
05/05/2010 73   MOTION to Unseal Case by USA as to Defendant(s) William Daryl Alegria, Lance Cameron Smith, Daniel Justin Coleman, Sabrina Anne Best. (Attachments: # 1 Proposed Order)(Healy, Stuart) (Entered: 05/05/2010)
05/06/2010 78   ORDER granting 73 Motion to Unseal Case Defendant by Defendant as to Lance Cameron Smith (1), Daniel Justin Coleman (2), William Daryl Alegria (3), Sabrina Anne Best (4) by the Honorable Judge Alan B Johnson.(szf, ) (Entered:

| | | |
|---|---|---|
| Date: 06/28/2017 | Federal Bureau of Prisons | Facility: MCR |
| Time: 11:02 AM | TRULINCS | |
| | **Message** | |
| | Sensitive But Unclassified | |

05/06/2010)
05/24/2010 87  NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - PLEA AGREEMENT as to Lance Cameron Smith.  (szf, ) (Entered: 05/24/2010)
05/24/2010 88  NOTICE OF HEARING as to Lance Cameron Smith, Change of Plea Hearing set for 5/26/2010 08:30 AM in Cheyenne Courtroom #1 (Room # 2132) before Judge Alan B Johnson. (slb, ) (Entered: 05/24/2010)
05/26/2010 90   Minute Entry: Change of Plea Hearing as to Lance Cameron Smith, guilty plea entered. Proceedings held before Judge Alan B Johnson. (Court Reporter Julie Thomas) (sal)  (Entered: 05/26/2010)
05/26/2010 91  NOTICE OF HEARING as to Lance Cameron Smith: Sentencing set for 8/4/2010 08:30 AM in Cheyenne Courtroom #1 (Room # 2132) before Judge Alan B Johnson. (sal) (Entered: 05/26/2010)
06/10/2010 99  NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - PROSECUTOR'S STATEMENT filed by USA as to Defendants Lance Cameron Smith, Daniel Justin Coleman, William Daryl Alegria, Sabrina Anne Best (Healy, Stuart) (Entered: 06/10/2010)
08/04/2010 113  Order/Minute Entry NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - Minute Entry: Sentencing proceedings held before Judge Alan B Johnson held on 8/4/2010 for Lance Cameron Smith (1), Count 1, Defendant committed to custody for a period of 188 months with supervised release for a period of 5 years. (Court Reporter Julie Thomas.) (scc, ) (Entered: 08/04/2010)
08/09/2010 116  JUDGMENT and COMMITMENT by the Honorable Judge Alan B Johnson as to Lance Cameron Smith (1), Count(s) 1, Defendant committed to custody for a period of 188 months with supervised release for a period of 5 years. Certified copies to USMS and AUSA on this date. (scc) (Entered: 08/09/2010)
11/08/2010 127  Judgment Returned Executed as to Lance Cameron Smith on 10/21/10. (scc, ) (Entered: 11/08/2010)
08/01/2011 133  EX-PARTE/NON-PUBLIC DOCUMENT  pursuant to the Judicial Conference Policy on Privacy and Public Access - MOTION for Order by Lance Cameron Smith, USA as to Defendant(s) Lance Cameron Smith. (Attachments: # 1 Proposed Order)(Rankin, Kelly) (Entered: 08/01/2011)
08/01/2011 134  NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access pursuant to the Judicial Conference Policy on Privacy and Public Access - - EX-PARTE/NON-PUBLIC ORDER ORDER by the Honorable Judge Alan B Johnson granting 133 Motion for Order as to Lance Cameron Smith (1) (scc, ) (Entered: 08/01/2011)
04/18/2014 142  MOTION for Order to Destroy Evidence by USA as to Defendant(s) William Daryl Alegria, Lance Cameron Smith, Daniel Justin Coleman, Sabrina Anne Best. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Healy, Stuart) (Entered: 04/18/2014)
04/23/2014 143  ORDER by the Honorable Alan B Johnson granting 142 Motion to destroy evidence as to Lance Cameron Smith (1), Daniel Justin Coleman (2), William Daryl Alegria (3), Sabrina Anne Best (4).(Court Staff, sth) (Entered: 04/23/2014)

Date: 06/28/2017  
Time: 11:02 AM

Federal Bureau of Prisons  
TRULINCS  
**Message**  
Sensitive But Unclassified

Facility: MCR

**Message**

FROM: 30431034 SHAVER, KENNETH LEE  
TO: "Amy Daniels" <zombietaterhead@gmail.com>  
SUBJECT: country  
DATE: 01/28/2015 06:12 PM

amy , hi how are you ? the documents you sent a while back did nt help much , it does say anything sp[ecific i need you to send me something to show  because he should be in my neighborhood real soon . please get back to me asap...skincerly kenny

Date: 06/28/2017     Federal Bureau of Prisons     Facility: MCR
Time: 11:02 AM

## TRULINCS
### Message
### Sensitive But Unclassified

**Message**

FROM: zombietaterhead@gmail.com
TO: 30431034 SHAVER, KENNETH LEE
SUBJECT: RE: country
DATE: 01/28/2015 08:51 PM

Im working on it

KENNETH LEE SHAVER on 1/28/2015 6:35:57 PM wrote
amy , hi how are you ? the documents you sent a while back did nt help much , it does say anything sp[ecific i need you to send me something to show  because he should be in my neighborhood real soon . please get back to me asap...skincerly kenny

Date: 06/28/2017
Time: 11:02 AM

# Federal Bureau of Prisons
## TRULINCS
### Message
#### Sensitive But Unclassified

Facility: MCR

## Message

FROM: 30431034 SHAVER, KENNETH LEE
TO: "Amy Daniels" <zombietaterhead@gmail.com>
SUBJECT: COUNTRY
DATE: 01/28/2015 08:57 PM

DID YOU GET THE MESSAGE ? YOU SENT IT BACK LET ME KNOW .

| | | |
|---|---|---|
| Date: 06/28/2017 | | Facility: MCR |
| Time: 11:02 AM | | |

## Federal Bureau of Prisons
## TRULINCS
### Message
### Sensitive But Unclassified

**Message**

FROM: zombietaterhead@gmail.com
TO: 30431034 SHAVER, KENNETH LEE
SUBJECT: RE: COUNTRY
DATE: 01/29/2015 12:36 AM

That was weird. Yeah I got it. I talked to my husband tonight and let him know. We pretty much wont be able to get much off pacer what I sent is about all I can get. But my husband did say that he wanted to talk to country. Our number is 515-441-4334. All he wants is for country to explain his paper work. Country cant deny that there is a descrepency in his sentencing and out date. Now, if country would have met my husband in the chapel back in hazelton to explain after I pulled his docket he wouldn't be in question but instead country dodged my husband at every opportunity he had. Plus country knew he was in deep shit because we found out he was using meth in hazelton and as a patch holder he knows we dont do that and wont allow it. Then country dropped his patch and started trash talking my husband and saying stuff he knows isnt true. If country can explain and show the right papers then my husband will personally write everyone and say he was wrong but I dont think country can do that. I've also got word from beaumont that country has a different docket he's walking around with. Pacer doesn't lie so he cant hide from this forever. He owes everyone an explination. This is hard on all of us cause this dude was like family. It didnt have to be like this. All country needs to do is explain and all this in question will go away. Its that easy for him. Jake laskey is the one who tipped us off on his papers and I checked and what jake said checked out. But if there is anything I can do let me know

KENNETH LEE SHAVER on 1/28/2015 9:24:41 PM wrote
DID YOU GET THE MESSAGE ? YOU SENT IT BACK LET ME KNOW .

| | | |
|---|---|---|
| Date: 06/28/2017 | Federal Bureau of Prisons | Facility: MCR |
| Time: 11:02 AM | TRULINCS | |
| | Message | |
| | Sensitive But Unclassified | |

## Message

FROM: zombietaterhead@gmail.com
TO: 30431034 SHAVER, KENNETH LEE
SUBJECT: Banjo
DATE: 01/29/2015 01:21 AM

Whats up comrade? Look the lou told me you got in touch and said that country was on his way there.. Ok so heres the deal I dont know whats goin on with the kid.. When we ran his docket in hazelton there were sealed entries one year after sentecing and his outdate on bop.gov is only 8 1/2 years when his sentence is 188 month.. 15 years.. So thats what leads to the confusion there.. I dont know whats goin on with the kid other than that.. He was doing meth in hazelton and got away before it could be dealt with and then tried to get me or my other comrade to pull a checkin move to come back and see him.. We dont do shit like that.. Now heres what I can say about it all at the end of the day, I genuinely liked country. Hes a good kid in most things other than the dope and has potiental, but theres the discrepecy in his sentenece that rasies flags.. If you or him can explain how you get 15 years in court and your outdate on the computer is only half of that then I will honor it.. I aint tryin to smut him up, I actually want him to not be fucked up, but if he is then thats what it is.. I have told everyone the same thing, not that hes a rat, just that theres something there that cant be explained.. So look into it ya know? I know that now his docket sheet is different on pacer so I dont know... But theres still a discrepncey in the out date and the amount of time that hes got.. He didnt appeal his case and theres nothing on the law library that can be found so i dont know.. Look bro I go home on monday, so I'm out in like 4 days now.. I will make sure you got my phone number to call and you can hollar at me about it in person, and if country wants to call I will gladly talk to him, cause regardless of everything eles I did love the kid.. I want this to all be figured out for everyones sake.. I will get a phone when I get out and email you the number.. Cool? Love your life